```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 13331
    JAMES E BULLOCK JR
    SHIRLEY A BULLOCK                         CHAPTER 13

                                              JUDGE: JACQUELINE P COX

             Debtor
   SSN XXX-XX-5116     SSN XXX-XX-8021

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/05/2004 and was confirmed 06/21/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 01/28/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME                CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                  PAID           PAID
--------------------------------------------------------------------------------
 CLAY MOSBERG                 NOTICE ONLY      NOT FILED            .00             .00
 DAIMLER CHRYSLER FINANCI     SECURED          10590.00          1521.68         6860.23
 DAIMLER CHRYSLER FINANCI     UNSECURED         6571.26             .00             .00
 EQUITY ONE                   CURRENT MORTG        .00              .00             .00
 FRANKLIN CREDIT MANAGEME     CURRENT MORTG        .00              .00             .00
 FRANKLIN CREDIT MANAGEME     MORTGAGE ARRE    58936.31             .00         40520.87
 GREAT AMERICAN FINANCE       SECURED           1800.00           258.63         1166.04
 LITTON LOAN SERVICING        CURRENT MORTG        .00              .00             .00
 PIERCE & ASSOCIATES          NOTICE ONLY      NOT FILED            .00             .00
 PIERCE & ASSOCIATES          NOTICE ONLY      NOT FILED            .00             .00
 PRIDE MORTGAGE               CURRENT MORTG        .00              .00             .00
 SHAPIRO & KREISMAN           NOTICE ONLY      NOT FILED            .00             .00
 SHAPIRO & KREISMAN           NOTICE ONLY      NOT FILED            .00             .00
 TOYOTA MOTOR CREDIT CORP     SECURED           400.00             89.17          250.17
 INTERNAL REVENUE SERVICE     PRIORITY         NOT FILED            .00             .00
 VICTOR SKADAUSKI             NOTICE ONLY      NOT FILED            .00             .00
 ADVOCATE HEALTH CARE         UNSECURED        NOT FILED            .00             .00
 AT & T BANKRUPCTY            UNSECURED         284.81              .00             .00
 AT&T CABLE                   UNSECURED        NOT FILED            .00             .00
 BAKER MILLER MARKOFF & K     NOTICE ONLY      NOT FILED            .00             .00
 CHICAGO TRIBUNE              UNSECURED        NOT FILED            .00             .00
 BLAIR                        UNSECURED        NOT FILED            .00             .00
 BMG MUSIC SERVICE            UNSECURED        NOT FILED            .00             .00
 BROWN & JOSEPH LTD           NOTICE ONLY      NOT FILED            .00             .00
 B-FIRST LLC                  UNSECURED         2400.92             .00             .00
 CAPITAL ONE                  UNSECURED          359.97             .00             .00
 CHICAGO LABORERS HEALTH      NOTICE ONLY      NOT FILED            .00             .00
 CHICAGO SUNTIMES             UNSECURED        NOT FILED            .00             .00
 COLLECTIONS UNLIMITED IN     NOTICE ONLY      NOT FILED            .00             .00
 CREDIT PAC                   NOTICE ONLY      NOT FILED            .00             .00
 CREDIT PROTECTION            NOTICE ONLY      NOT FILED            .00             .00
 ECAST SETTLEMENT CORP        NOTICE ONLY      NOT FILED            .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 13331 JAMES E BULLOCK JR & SHIRLEY A BULLOCK
```

```
FAIRBANKS CAPITAL CORP   NOTICE ONLY     NOT FILED                    .00              .00
ECAST SETTLEMENT CORP    UNSECURED        1403.55                     .00              .00
FIRST NATIONAL BANK OF M UNSECURED       NOT FILED                    .00              .00
SHERMAN ACQUISITION LLC  UNSECURED         708.93                     .00              .00
SHERMAN ACQUISITION LLC  UNSECURED         735.83                     .00              .00
GREAT AMERICAN FINANCE   UNSECURED         250.62                     .00              .00
HARVARD COLLECTION SERVI UNSECURED       NOT FILED                    .00              .00
ECAST SETTLEMENT CORP    UNSECURED        1046.09                     .00              .00
ECAST SETTLEMENT CORP    UNSECURED         342.77                     .00              .00
ILLINOIS COLLECTION SERV UNSECURED       NOT FILED                    .00              .00
INGALLS MEMORIAL HOSPITA UNSECURED       NOT FILED                    .00              .00
USA PAY DAY LOANS        UNSECURED         359.57                     .00              .00
LITTON LOAN              NOTICE ONLY     NOT FILED                    .00              .00
MERCHANTS CREDIT GUIDE C UNSECURED       NOT FILED                    .00              .00
MONEY MARKET PAYDAY EXPR UNSECURED         568.33                     .00              .00
NCO FINANCIAL            NOTICE ONLY     NOT FILED                    .00              .00
ECAST SETTLEMENT CORP    UNSECURED         473.78                     .00              .00
SHERMAN ACQUISITION LLC  UNSECURED         612.12                     .00              .00
SHERMAN ACQUISITION LLC  UNSECURED        4642.45                     .00              .00
RADIOLOGY IMAGING CONS   UNSECURED       NOT FILED                    .00              .00
READERS DIGEST           UNSECURED       NOT FILED                    .00              .00
SEARS ROEBUCK & CO       UNSECURED       NOT FILED                    .00              .00
SEVENTH AVENUE           UNSECURED         235.65                     .00              .00
RESURGENT ACQUISITION LL NOTICE ONLY     NOT FILED                    .00              .00
SILKIES                  UNSECURED       NOT FILED                    .00              .00
SOUTH SUBURBAN HOSPITAL  UNSECURED       NOT FILED                    .00              .00
SOUTH SUBURBAN HOSPITAL  UNSECURED       NOT FILED                    .00              .00
SPARKLING SPRING         UNSECURED       NOT FILED                    .00              .00
SPIEGEL                  UNSECURED       NOT FILED                    .00              .00
HOWARD GROUP             UNSECURED       NOT FILED                    .00              .00
TOYOTA MOTOR CREDIT CORP UNSECURED       NOT FILED                    .00              .00
UNITED CREDIT NATL BANK  UNSECURED       NOT FILED                    .00              .00
MONEY MARKET PAYDAY EXPR UNSECURED         311.00                     .00              .00
UNITED STATES CREDIT BUR NOTICE ONLY     NOT FILED                    .00              .00
VALUE DIAGNOSTICS        UNSECURED       NOT FILED                    .00              .00
FIRST NATIONAL BANK OF M UNSECURED         435.96                     .00              .00
ECAST SETTLEMENT CORP    UNSECURED         650.35                     .00              .00
ECAST SETTLEMENT CORP    UNSECURED        1085.56                     .00              .00
LITTON LOAN SERVICING    MORTGAGE ARRE    1515.63                     .00          1515.63
LITTON LOAN SERVICING    COST OF COLLE      84.64                     .00            84.64
ILLINOIS DEPT OF REVENUE PRIORITY         3744.59                     .00              .00
ILLINOIS DEPT OF REVENUE UNSECURED        4574.00                     .00              .00
EQUITY ONE               SECURED NOT I    1302.97                     .00              .00
TIRES & TRACKS INC       NOTICE ONLY     NOT FILED                    .00              .00
LEGAL HELPERS PC         DEBTOR ATTY      2,050.00                                 2,050.00
TOM VAUGHN               TRUSTEE                                                   3,004.94
DEBTOR REFUND            REFUND                                                        .00
```

Summary of Receipts and Disbursements:

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 13331 JAMES E BULLOCK JR & SHIRLEY A BULLOCK

```
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   57,322.00

PRIORITY                                               .00
SECURED                                          50,397.58
    INTEREST                                      1,869.48
UNSECURED                                              .00
ADMINISTRATIVE                                    2,050.00
TRUSTEE COMPENSATION                              3,004.94
DEBTOR REFUND                                          .00
                         ---------------      ---------------
TOTALS                    57,322.00              57,322.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 04/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE